My name is William Harvack and we are appealing the decision of Judge Malik in this case primarily on the basis that we feel that the application of the quotable presumption of undue influence was misapplied by the court. The presumption comes about... One quick jurisdiction question that has been raised. We have to consider it. There is an order entered after your notice of appeal is filed. How could we possibly have jurisdiction of that order? In a related case, we normally look to the notice of appeal itself to look at the exact orders that are listed in the notice of appeal and those are the orders that trigger our jurisdiction. And this decision, I mean the motion itself was filed on the day that you filed your notice of appeal, but the decision doesn't come until sometime thereafter. It may be in the record, but going back to Justice McBride's question, how can we reach it? It's the order denying your request to reopen the case. Yes, I understand. How can we reach that? Well, I think the rules provide for that in this case. I think that we were kind of put in that paradigm or that situation where on the last day to present a motion to reconsider, we discovered this trust agreement, we acquired a trust agreement, and I think that I was obligated to file a motion asking the judge to admit this late decision. Yes, but how do we have jurisdiction when the decision came after the notice of appeal was filed in this case? This is an ongoing probate matter, is it not? Yes, it is. All right, so as far as your first orders, the September 15th order denying the motion to reconsider, then you filed October 13th. That's within 30 days. Right. All right. That's correct. What I'm directing you to is the jurisdiction question as to the denial to reopen proofs. How could we possibly have jurisdiction to decide an issue that there's never been a notice of appeal filed on? Well, I think that the rules allow that. What rules? In this situation where there is a subsequent post-trial motion and No, 303 was amended to cover just exactly this situation. That's what I was referring to. Well, which section of 303? 303-2. So what does it say? When a timely post-judgment motion has been filed, skip down a couple of words, the notice of appeal becomes effective when the order disposing of that motion of claim is entered. In other words, 303, it used to be that you had to refile your notice of appeal. Right. Now you don't. This is not a motion to reconsider. Your motion to reconsider was denied. But we filed another motion. Except it would be your second one and you only get one. It was a combined motion, wasn't it? It was because we discovered on the 30th day we filed a motion to reopen proofs and because The motion you filed on the same day that you filed your notice of appeal, as I understand it from your brief, is in two parts. It was a motion to supplement the record with a trust agreement and to reconsider the original judgment. But you had already filed a motion to reconsider. By virtue of the new evidence. Yeah, that's a new evidence. But it's not truly a post-judgment. It isn't attacking the ruling directly by Judge Malik. It's basically asking for a reopening. Right. And to the extent that, as Justice McBride points out, this is an ongoing probate matter. And so we don't mean to suggest that review of that is foreclosed. It simply isn't. It may not be reviewable in this appeal and you may have to wait until subsequent appeal when the probate estate itself is closed to challenge that reopening of the proofs. Well, Appleese had raised issues as to whether a citation proceeding is a final judgment. Yes, and I'm not directing you to that at all. I believe there's jurisdiction under 304B2, I believe. I don't know how a subsequent request, not to reconsider, but a request to reopen proofs where there's already been a motion to reconsider, it was denied, you filed your timely notice of appeal from that order, that somehow we would have jurisdiction now to concern ourselves with an order decided six months later by the trial court in an ongoing estate probate matter when there's been no subsequent notice of appeal filed. That's the only order that I'm concerning myself with, not the first two. And we understand your position, but there are more substantive issues that we need to address. Certainly they are. We feel that the court did misapply the presumption. And as I was saying, the presumption was created in this case when my client, Sid Polinsky, who I'm going to refer to as Sid Jr. because his father has the same name. And there is no dispute that the presumption does apply in this case? No dispute. And it came arose when he was appointed as a power of attorney, he was granted a power of attorney in February of 2002, and then his mother in March of 2002 changed joint accounts that existed between her and her husband, who died in January, to her and her son, Sid Jr., or she changed some beneficiaries on some CDs. There were both CDs and joint accounts that were provided. That gave rise to the presumption. But our position is that once we went to hearing on this citation, we presented sufficient evidence to rebut the presumption, and the court didn't apply the law properly. Because the presumption is not evidence, and it's not to take the place of evidence. And what is required to rebut it is to present evidence that is contrary to the presumption of undue influence. And we did that. And we submitted, we maintained significant evidence to overcome that presumption. And just so it's clear, there was what I would term the plaintiff's case, which is really the petitioner's, they present their case in chief, then you present your case, and then they presented a rebuttal, and then Judge Malik issues his ruling. So even though Judge Malik talked about presumption, if we were to substitute the word inference for his use of the word presumption, what would prevent us from doing that? I mean, aren't we really talking about the inference that arises from the evidence that was presented? Because you're absolutely correct. The presumption itself is not evidence, and the bubble bursts after you present sufficient evidence to overcome it. But the inference. Rebut it. To rebut it. Then the inferences apply. Well, rebutting it, there has to be some testimony to support it at that point in time, because it's not the best way of evidence. You know, Judge Malik doesn't issue his ruling until the end of everything. The whole case. Yeah, it's the whole case. So at that point, he doesn't have to rely on any presumption at all. All he has to do is say, based on the evidence presented here, I find that undue influence is supported by the evidence. The argument you make at page 16 of your brief, the C argument, the bold print which states your argument, the presumption of fraud was waived, at your word, or otherwise admittedly rebutted when Edward and Margaret opted to put on rebuttal evidence. And then you go on for two paragraphs, but you don't cite to a case that supports you. And I don't know of anything in Cleary that suggests that by putting in rebuttal evidence, it amounts to a presumption that you met your clear and convincing burden. I understand that. Okay? Right. I don't know of a case that says that. That's your argument. Yeah, that's our argument. That's your argument. But in what case do you rely on? Well, we don't rely on any cases. I didn't think so. The burden. Okay. You don't rely on any cases. We're talking about proof. What you rely on, basically, is the judge suggesting that they may have put themselves in a position by tendering rebuttal evidence of admitting that you had met your burden of proof, of clear and convincing evidence to overcome the presumption of fraud. Right. Right? That's your argument. Right. And it's based on the trial judge's speculation that that might be the case. Well, that was suggested by me when they offered the rebuttal.  Just so I understand what you're arguing. Rebuttal testimony. Okay. You're not arguing from a case that says that. No. You're arguing from. I would have cited it. I know you would have. I wish I had one. We're on the same page. Thank you. The point is that we had a burden of producing evidence, which we maintain we did. And once we produced the evidence, we had a testimony of the attorney that counseled Mrs. Polinsky. We got a testimony of a bank official that came to our house to execute documents. We have basically unrebutted testimony of Sid Polinsky. We've got testimony of other people. Well, it's not unrebutted because, in fact, let me point out one major point, and that was something that Judge Malek relied on. He said the only uninterested party that testified here was Mr. Knight. And Sid may have tried to prove too much by claiming he was never present during any of the conversations that occurred between Victoria and Mr. Knight, and Mr. Knight testified to the contrary. And once there's a conflict in evidence, we don't try to resolve that conflict. We look to the trial judge's resolution of that conflict, and we defer to that conflict unless it's against the manifest weight of the evidence. But the point would be if we get to that point where we're weighing testimony of Mr. Knight and cross-examination of Mr. Polinsky, then we are weighing the evidence. There's no dispute that this case turns on the evidence. At that point, it is the burden of the petitioner to prove undue influence. Absolutely. And all they have are picking at the edges of the evidence. And maybe Sid was in the room. Maybe he wasn't. But the critical issue was... Counsel, don't raise your voice. Let me ask you this. Let me ask you this. If we go based on Judge Malek's ruling alone, is there simply a conflict, or do we have a resolution of that conflict based on Judge Malek's ruling that undue influence remained? If Judge Malek did what he was supposed to do, and I maintain he didn't, but if he did what he was supposed to do, the manifest weight of the evidence has to show undue influence. What was the evidence that showed undue influence? Manifest weight? The manifest weight. Preponderance at trial. And to overcome that, you need manifest weight, don't you? Not after the bubble bursts. It's a regular trial, and the inference doesn't exist. And it's the burden of the petitioner to prove that there's undue influence. Now, what did they prove? They didn't prove anything. There is no undue influence here. They proved, according to Judge Malek's ruling, that Sid was present and that Sid disclaimed that he had any dealings with the change in titling of those CDs, yet Mr. Knight came to the home with forms already filled out giving title to both Victoria and Sid, Jr., which would be absolutely impossible unless Mr. Knight had a prior conversation with Sid, Jr., which would raise substantially the question of undue influence. He testified he did not recall speaking with Sid. We do have information that the forms themselves were filled out when he arrived at the home and spoke for the first time and only time with Victoria. How could those forms have been filled out if he hadn't had a prior conversation with Sid, Jr.? The whole form may not have been filled out. If you look at one of the forms, the beneficiary type is different. How about just the fact that you bring the forms at all? Why would he bring the forms at all unless he anticipated needing those forms to retitle the CDs to begin with? Because there's no issue that she was changing her titles. Where did Mr. Knight get that information from? Because he didn't speak with Victoria until he came to the home. Where did Mr. Knight get that information from? Mr. Polanski told Mr. Knight to come. Did he tell him to come with the forms? He did not testify. And at the end of the day, the issue is whether or not Victoria was acting with undue influence or whether she was acting freely. And Lawrence Knight said he discussed changing the beneficiary. She understood it. He said that he's trained to be sensitive to undue influence. He's a banker. And he takes steps to make sure that's not the case. He said that Victoria was capable of making her own decisions. She understood what she was doing. He would have proceeded differently if he had observed undue influence. So whether or not Sid was sitting at the table, and that's all he said. Sid was sitting at the table. Sid said he wasn't. Whether or not he was sitting at the table is not a critical issue. Well, let's say the critical issue is whether undue influence existed. And Mr. Knight said he's trained to determine whether undue influence exists. And he said, in my judgment, no. Do we care about what Mr. Knight said? Judge Malik said yes. And that's the only review that we have before us, isn't it? That's the only evidence we have is what Mr. Knight observes. That's the only evidence that we have is what the Attorney Wellman observes. And these individuals testified sufficiently to overcome the presumption. Once the presumption is overcome, it's their burden to prove undue influence. And the fact that they're – I think that's where we're having a problem with your whole argument. Look at page 13 at the bottom of the page where you talk about the standard of review. And you end your paragraph by saying, the circuit court's legal conclusion that the presumption of undue influence was not rebutted is subject to de novo review. That's right. If you look at the order itself, it says, the only evidence received by the court from a totally non-interested party is that of Mr. Knight. Accordingly, the court may not say that the presumption of undue influence has been overcome by clear and convincing evidence. You're saying that we should review that particular statement in the judge's order de novo? He is weighing the evidence when he makes comments that there's disinterested witnesses or that they're not worthy of any – And whether the parties satisfied their respective burdens or questions of fact. Right? Whether they – It's nothing to do with de novo. The cases, starting with Francisco's sisters, look at it that way.  What happened to Francisco's sisters? What basically you're asking us to do is to retry this case. No, I'm not asking you to do that. What happened in Francisco's sisters? The court found that there was significant evidence to establish that an attorney who was left in the will did not exercise undue influence over his client. And then what happened? And then it was remanded to the trial court to evaluate the evidence that was presented to determine whether or not undue influence remained. And that's exactly what Judge Malik did in this case. Well, I'm not so sure, but I can't make that determination. He's weighing evidence. He's not even – I mean, it's kind of a crude analysis. Why don't we wait until we have an opportunity to hear from them, and you're going to get an opportunity to respond to that. Thank you. Thank you. Good morning. Counsel. May it please the court, Jessica Thomas on behalf of the appellees, Sid and Margaret Blinsky. I have with me Counsel Anne Shurick, also representing appellees. I'd like to focus the court on the issue that was just being raised, which is what is the standard of review? Question of law, de novo. Question of fact here, manifest weight of the evidence. Whether or not the parties met their respective burdens is a question of fact. That portion of the judge's order is reviewed under a manifest weight of the evidence standard. I think where Counsel – Which means what? Which means that in order for us to overrule it or overturn it, the evidence would have to be manifestly against his ruling. Correct. Correct. And I think that where there appears to be some confusion on Counsel's part is relating to the credibility of the witness. It is not the burden of the respondent to put forth any witness, any evidence. It has to be evidence that will satisfy the judge that it can overcome the rebuttable presumption. Here the judge went through a very thoughtful analysis as to why Sid was not credible. He went through a very thoughtful analysis as to why that presumption was not overcome. Well, you know, you keep talking about presumption, but presumption does eventually go away, and as the Supreme Court made clear in Francisco's systems, the presumption itself is not evidence. And so even though Judge Malik spoke in terms of presumption, isn't it more accurate to substitute inference for presumption, inference arising from the evidence actually presented? Because presumption – and to overcome that inference of undue influence that's supported by the evidence, he has to present clear and convincing evidence to the contrary. But presumption gives us some difficulty. I can understand that. I think that it's perhaps in a bench trial such as this not quite as consequential as perhaps it may be in a jury trial where there needs to be an instruction to the jury as to how to treat that. In those cases, a presumption versus inference may be a very significant difference. In fact, let me ask you that very question. Let's say this were a jury trial, and wouldn't the judge have instructed – the judge would have ruled as a matter of law whether the presumption remained at the conclusion of the evidence. And if he found that it had burst, that in fact it had been sufficiently overcome to eliminate the presumption and therefore allow the jury to decide the issue on the evidence only, allowing them to take whatever inferences they wanted to take from the evidence, you wouldn't have presumption involved at all in the jury instruction. You're correct. I believe that Anantz identified specifically inferences consisters, which is the court decided that sufficient evidence was produced to rebut the presumption of undue influence as a matter of law. It was then remanded for further discussion as to the manifest weight of the evidence, one of that being there is still allowable an inference of fraud and undue influence. It doesn't mean if they present their evidence which the judge says, okay, you have overcome it. It doesn't mean under the Thayer approach that the respondent just goes, oh, okay, there was no undue influence. That's not the decision. The decision is whether or not that receives the strong evidence, the additional weight of that presumption. Those are two different things. And what the respondent wants to do under the Thayer approach is to adapt that argument, which is, oh, well, there's no more undue influence, so we can go ahead and go into a donated attempt. And that explains your client's decision to enter rebuttal evidence because it didn't make any difference at that point whether the presumption existed or didn't exist. You wanted the evidence to be presented to support the inference of undue influence. I think, again, this goes back to the issue of it being a bench trial because there was not a segmented process by which the judge rendered his decision. All the evidence was allowed in for him to then go either to the credibility of the witnesses or then to convert a presumption into an inference if that was his inclination to do so. And to clarify something that was addressed in Appellant's argument, it was raised by SID's attorneys when we put on the evidence by Ed and Margaret. It was raised by SID's attorneys that, wait, I just want to raise it. I don't know if this is a problem or not, but it could be an admission. The judge didn't raise it. The judge said, that's an interesting point. I'm not sure. That was it. That's the entire basis of it in the record. And as the court has noted, there is no support in the case law for that proposition. With respect to the remaining issues, we are happy to address them. Well, I want to just refresh you on the jurisdiction. Do you concede that under 304B1 this court has jurisdiction as to the initial order and the denial of the motion to reconsider? We would refer to our brief that we don't feel that the court hands jurisdiction over this at all. What does 304B1 mean? It says, orders within the scope of 304B1, even though they are entered before final settlement of an estate proceeding, must be appealed within 30 days of their entry or be barred. So are you saying that we don't have jurisdiction under 304B1? Because that specifically allows for a final judgment on fewer than all claims in estate measures. Yes, we would. With the understanding that in many citation proceedings, it may, in fact, be a final adjudication on the dispute between the parties. This was to the CDs in the estate. The judge ruled that the CDs are part of the estate. So is that permissible as an appeal under 304B, or otherwise they lose their right to ever question that? I don't feel that they do. There's still so much evidence that needs to be considered by the court. As you can see in the last three points, there is. 304B doesn't apply. Are you saying that we don't have all the information that you want to present to us regarding whether undue influence was ever exerted by Sid, Jr., and therefore we should not resolve this case and just send it back? Is that your position? No, that's not our position in terms of whether or not you have all of the information regarding undue influence. But you're asking us not to make a decision based on the record? Do you think more information could come out? I think that there is a lot that still is to be determined in this case. On the issue of undue influence? Not on the issue of undue influence. Are you satisfied with the decision down below? We are satisfied with the decision on that, yes. All right. Thank you very much. Thank you. Mr. Harbeck? I want to remind the court of one thing, and that's the finding that it made on page 5 of its ruling. And this closes with, accordingly the court may not say that the presumption of undue influence has been overcome by clear and convincing evidence. This indicates that that's what he was doing. He made a determination that we did not overcome the presumption. We maintain we did. We submitted significant evidence, if taken as true, would overcome the burden. And at that point it becomes a trial that the petitioner has to prove undue influence. They have no evidence of that. It's all in the record. We're done with it. The record's closed. And the court can make a finding that the manifest weight of the evidence establishes that there was undue influence. Let me just have one brief question. That concerns whether Judge Malik, we should interpret Judge Malik's decision as one where the presumption was not overcome or one where you did not present clear and convincing evidence that no undue influence occurred here. Could we interpret it in the latter form and not necessarily in the former? He said that the presumption of undue influence wasn't overcome. All right. And we'll take him at his word. All right. Thank you very much.